No. 75–6824. JAMES *v.* UNITED STATES. Ct. App. D. C. Certiorari denied. MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL would grant certiorari.

No. 76–28. GOLDEN ET AL. *v.* BISCAYNE BAY YACHT CLUB ET AL. C. A. 5th Cir. Motion of Anti-Defamation League of B'nai B'rith for leave to file a brief as *amicus curiae* and certiorari denied. MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL would grant certiorari.

No. 76–71. LOS ANGELES TIMES, A DIVISION OF TIMES MIRROR CO., ET AL. *v.* HARTLEY. Ct. App. Cal., 2d App. Dist. Motion of American Newspaper Publishers Assn. for leave to file a brief as *amicus curiae* granted. It appearing that the judgment of the court below is not final as required by 28 U. S. C. § 1257, certiorari denied.

No. 76–5016. BUNTS *v.* UNITED STATES. C. A. 9th Cir. Motions of Larry Joseph Rouse and Antonio Alanis Lopes, Jr., for leave to join in petition for certiorari and certiorari denied.